LUNA LIGHTING, INC., Appellant, v JUST INDUSTRIES, INC., Respondent, et al., Defendants.

Submitted July 21, 2008; decided September 4, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 10 NY3d 712 (2008)].

JEROME MCSORLEY, Appellant, v KAY L. SPEAR, Respondent.

Submitted August 11, 2008; decided September 4, 2008

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 10 NY3d 715 (2008)].

DIANE MORRIS, Appellant, v SOLOW MANAGEMENT CORPORATION TOWNHOUSE COMPANY, L.L.C., et al., Respondents, et al., Defendants.

Submitted June 23, 2008; decided September 4, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ELAINE PACHTER, Respondent, v BERNARD HODES GROUP, INC., Appellant.

Submitted July 21, 2008; decided September 4, 2008

Motion for reargument denied [*see* 10 NY3d 609 (2008)].

JOAN E. PEEBLES, Respondent, v ROBERT M. PEEBLES JR. et al., Respondents, et al., Defendants, and DAVID PEEBLES, Appellant.

Submitted July 14, 2008; decided September 4, 2008

Motion for reargument of motion for leave to appeal denied [*see* 10 NY3d 893 (2008)].